IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANFORD LOUIS COLLINS, #112513, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-433-WHA |
| | ) | |
| BOBBY BARRETT, et al., | ) | (wo) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #24), and the Petitioner's Objection thereto (Doc. #25).  Following an independent evaluation and *de novo* review of the Recommendation, the Objection, and the file in this case, the court finds as follows:

The Magistrate Judge recommended that this 28 U.S.C. §2254 petition be denied as it was not filed within the one-year period of limitations set forth in 28 U.S.C. § 2244(d)(1).  The Recommendation rejected the Petitioner's argument that since the petition challenged a decision of an administrative agency, the Parole Board, the petition was not subject to the federal limitations period.

In the Objection, the Petitioner initially argues that the Magistrate Judge improperly relied on the limitations period to deny him relief instead of addressing the merits of his claims. This assertion is without merit.  Next, the Petitioner again argues that the limitations period cannot be used to deny review of his habeas petition because it addresses the action of an administrative agency.  This argument is foreclosed by federal law.

Therefore, the Petitioner's objection is OVERRULED, the court ADOPTS the

Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED as it was not filed

within the one-year period of limitations mandated by the provisions of 28 U.S.C. § 2244(d)(1),

and the case is DISMISSED with prejudice.

DONE this 8th day of April, 2015.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE